USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ARK99 DOE,

                              Plaintiff,

                  -v-

NATIONAL BOY SCOUTS OF AMERICA
FOUNDATION a/k/a THE BOY SCOUTS
OF AMERICA; GREATER NEW YORK
COUNCILS, BOY SCOUTS OF AMERICA;
ST. PIUS V; and DOES 1-5 whose identities
are unknown to Plaintiff,

                            Defendant.

------------------------------------------------------------ X

1:20-cv-1461-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on February 19, 2020. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed within the time frame set forth in Fed. R. Civ. P. 38(b). Plaintiff' counsel is directed to promptly file a notice of appearance in this case. Defendant is directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

      SO ORDERED.

Dated: February 21, 2020
New York, New York

                                                      _____
                                                      GREGORY H. WOODS
                                                    United States District Judge