USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
      :
ARK99 DOE,    :
      :
      :
      Plaintiff,  :    1:20-cv-1461-GHW
      :
    -v-  :
      :    ORDER
NATIONAL BOY SCOUTS OF AMERICA  :
FOUNDATION a/k/a THE BOY SCOUTS  :
OF AMERICA; GREATER NEW YORK  :
COUNCILS, BOY SCOUTS OF AMERICA;  :
ST. PIUS V; and DOES 1-5 whose identities  :
are unknown to Plaintiff,  :
      :
      Defendant.  :
      :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 1, 2020, Defendant Boy Scouts of America (the "BSA") submitted a notice of entry of a Consent Order Pursuant to 11 U.S.C. §§ 105 and 362 Granting the BSA's Motion for a Preliminary Injunction (the "Order") entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Dkt. No. 7. The Order provided for a stay of this action. *Id.* The stay was in place "through and including May 18, 2020, subject to extension by the Bankruptcy Court." *Id.* As of the date of this order, the parties have not provided an update regarding the status of the stay. The parties are directed to submit a status letter by no later than May 22, 2020.

SO ORDERED.

Dated: May 19, 2020

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge