UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

ARK99 DOE,

                                         Plaintiff,

                           -v-

NATIONAL BOY SCOUTS OF AMERICA
FOUNDATION a/k/a THE BOY SCOUTS
OF AMERICA; GREATER NEW YORK
COUNCILS, BOY SCOUTS OF AMERICA;
ST. PIUS V; and DOES 1-5 whose identities
are unknown to Plaintiff,

                                   Defendant.

------------------------------------------------------------- X

1:20-cv-1461-GHW

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/01/2025

GREGORY H. WOODS, United States District Judge:

On April 1, 2020, Defendant Boy Scouts of America (the "BSA") submitted a notice of

entry of a Consent Order Pursuant to 11 U.S.C. §§ 105 and 362 Granting the BSA's Motion for a

Preliminary Injunction (the "Order") entered by the United States Bankruptcy Court for the District

of Delaware (the "Bankruptcy Court"). Dkt. No. 7. The Order provided for a stay of this action.

*Id.* The stay was in place "through and including May 18, 2020, subject to extension by the

Bankruptcy Court." *Id.*

On May 5, 2020, BSA submitted a notice of entry of a stipulation entered by the Bankruptcy

Court, extending the stay through June 8, 2020. Dkt. No. 9. On June 11, 2020, BSA submitted

another notice of a stipulation entered by the Bankruptcy Court, which extended the stay through

November 16, 2020. Dkt. No. 13. On November 13, 2020, BSA submitted a third notice of a

stipulation entered by the Bankruptcy Court, which extended the stay through March 19, 2021. Dkt.

No. 16. On March 22, 2021, BSA filed a fourth such notice, informing the Court that the stay had

been extended through July 19, 2021.  Dkt. No. 19.

On July 26, 2021, BSA filed a fifth notice of entry of a stipulation entered by the Bankruptcy Court, informing the Court that the "prosecution of any and all claims . . . in this action are stayed up to and including the date of the first omnibus hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan."  Dkt. No. 21 ¶ 19 (the "Fifth Notice").  The next day, on July 27, 2021, the Court issued an order acknowledging receipt of the Fifth Notice and requesting "that the parties provide a further status update, including a statement regarding the continuation of the stay, no later than 14 days after the date of the first omnibus hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan, as referenced in that notice."  Dkt. No. 22.

On December 8, 2021, BSA filed a sixth notice of entry of a stipulation entered by the Bankruptcy Court, which provided further notice that the action continued to be stayed "up to and including the date of the first omnibus hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan."  Dkt. No. 23 (the "Sixth Notice").  On December 9, 2021, the Court issued an order acknowledging receipt of the Sixth Notice and again requesting "that the parties provide a further status update . . . no later than 14 days after the date of the first omnibus hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan, as referenced in that notice."  Dkt. No. 24.

On July 29, 2022, the Bankruptcy Court entered an opinion in connection with the confirmation of BSA's plan of reorganization.  *See In re Boy Scouts of Am. & Delaware BSA, LLC*, 642 B.R. 504 (Bankr. D. Del. 2022), *supplemented*, No. 20-10343 (LSS), 2022 WL 20541782 (Bankr. D. Del. Sept. 8, 2022), *aff'd*, 650 B.R. 87 (D. Del. 2023), *aff'd in part, rev'd in part, dismissed in part sub nom. In re Boy Scouts of Am.*, 137 F.4th 126 (3d Cir. 2025), *and aff'd*, 650 B.R. 87 (D. Del. 2023).  Because the Court has not received a status update, the Court assumes that the claims in this action

2

have been resolved.  Unless a request is submitted to keep this case open by February 17, 2026, this

case will be closed.

     SO ORDERED.

Dated:  December 1, 2025
New York, New York

                                GREGORY H. WOODS
                            United States District Judge